# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G.C. ET AL<br>　　　　Plaintiff | |
| V. | CIVIL ACTION<br><br>NO.  08-12076-GAO |
| ALAN MONACO, ET AL<br>　　　　Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

 O'TOOLE          D. J.

The Court having been advised on   APRIL 1, 2010   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty five (45) days if settlement is not consummated.

By the Court,

 4/1/10                                                   /s/ Paul Lyness
   Date                                                    Deputy Clerk

(Dismissal Settlement.wpd - 12/98)