**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

G.C. ET AL
_____
　　　　Plaintiff(s)

V.

ALAN MONACO, ET AL
_____
　　　　Defendant(s)

CIVIL ACTION
NO. 08-12076-GAO

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

☑ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☐ On _____ I held the following ADR proceeding:

☐ SCREENING CONFERENCE　　☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION　　　　　　　　☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL　　　　　　　　☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __45__ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


APRIL 1, 2010　　　　　　　　　　　　　Jerome J. Niedermeier, U.S.M.J.
　　DATE　　　　　　　　　　　　　　　　　　　　ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)