UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERARD CONTALDI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALAN MONACO, MARCOS FREITAS, )<br>ROBERT KELLEHER, KEVIN )<br>SHACKELFORD, BRUCE CAMPBELL, )<br>CLIFFORD MANSIR, )<br>and JAMES HODGDON, In Their Individual )<br>Capacities, )<br>)<br>    Defendants. )<br>_____) | CA NO. 08-12076-GAO |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41 (a) (1) (ii) and pursuant to a settlement agreement and release, all parties hereby stipulate to the dismissal of the above-captioned action in its entirety.

This dismissal is to be with prejudice, without costs, without attorneys' fees awarded by the Court to either party, and with all parties waiving all rights of appeal.

Date:  June 15, 2010

                                          RESPECTFULLY SUBMITTED,
                                          For Plaintiff,

                                          /s/ David Milton
                                          Howard Friedman, BBO #180080
                                          David Milton, BBO #668908
                                          Law Offices of Howard Friedman, P.C.
                                          90 Canal Street, Fifth floor
                                          Boston, MA 02114-2022
                                          617-742-4100
                                          hfriedman@civil-rights-law.com
                                          dmilton@civil-rights-law.com

For Defendants,

/s/ Valerie A. McCormack/
Douglas I. Louison, BBO # 545191
Valerie A. McCormack, BBO # 661460
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
617-439-0305
dlouison@lccplaw.com
vmccormack@lccplaw.com

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above
document to be served upon the attorney of record
for all parties via CM/ECF.

Date: June 15, 2010     /s/David Milton
                        David Milton